**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

WILLIAM BLANTON,

        Plaintiff,

v.                                                                     Case No:  6:18-cv-130-Orl-40KRS

WELLS FARGO BANK, N.A.,

        Defendant.
_____/

## ORDER

This cause comes before the Court on the parties' Joint Motion to Arbitrate, (Doc. 14), filed March 3, 2018. Upon review of the subject arbitration agreement the Court is satisfied that Plaintiff's claims in this case are subject to binding arbitration under the Federal Arbitration Act. See 9 U.S.C. § 3.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Unopposed Motion to Compel Arbitration and to Stay Proceedings (Doc. 10) is **GRANTED**. The parties shall proceed to arbitration in accordance with the terms of their arbitration agreement.

2. The proceedings are hereby **STAYED** and the Clerk of Court is **DIRECTED** to administratively close the file. The Court retains jurisdiction of the case to adjudicate any post-arbitration motions the parties may make.

3. The parties shall file a joint status report on May 23, 2018, and every ninety (90) days thereafter advising the Court on the progress of arbitration.

**DONE AND ORDERED** in Orlando, Florida, on March 23, 2018.

_signature_
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties